[No. 21206-4-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
MATTHEW C. CROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-1-00548-1, Paula Casey, J., entered October 8, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 15570-6-III.    Division Three.    September 2, 1997.]

PATRICK D. PERRAULT, *Appellant*, v. THE CITY OF
TOPPENISH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-2-02022-3, Robert N. Hackett, J., entered February 9, 1996. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson and Brown, JJ.

[No. 16178-1-III.    Division Three.    September 2, 1997.]

THE STATE OF WASHINGTON, *on the Relation of
Cameron Teeters, Plaintiff*, v. WILBERT WILLARD
HATCHER, JR., *Respondent*, DEANNA MARIE
ROBERTSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 94-5-00094-4, Donald W. Schacht, J., entered October 1, 1996. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, J., and Hahn, J. Pro Tem.

[No. 16543-4-III.    Division Three.    September 2, 1997.]

*In the Matter of the Personal Restraint of* JOHN BILL
FLETCHER, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *denied in part* by unpublished opinion per Schultheis, J., concurred in by Thompson and Kurtz, JJ.